

**08 CIV 6707**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ GOTTWALD p/k/a DR. LUKE d/b/a KASZ MONEY PUBLISHING, MARTIN KARL SANDBERG p/k/a MAX MARTIN d/b/a MARATONE AB, and SHEPPARD SOLOMON<br><br>Plaintiffs,<br><br>v.<br><br>RANDY MAZICK, NICK TURNER, JORDAN JASON MARINO, and JON STUTLER p/k/a THE ASPHALT, and DOES 1-10<br><br>Defendants. | CASE NO.<br><br>**RULE 7.1(a) DISCLOSURE STATEMENT**<br><br> |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for Plaintiffs Lukasz Gottwald p/k/a Dr. Luke d/b/a Kasz Money Publishing, Martin Karl Sandberg p/k/a Max Martin d/b/a Maratone AB, and Sheppard Solomon (collectively, "Plaintiffs") certifies that said parties have no corporate parents, affiliates or subsidiaries which are publicly held.

| | |
|---|---|
| DATED: July 28, 2008<br>New York, New York | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: ___*Christine Lepera*___<br>Christine Lepera (CL 9311)<br>12 East 49th Street, 30th Floor<br>New York, New York 10017<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br><br>Attorneys for Plaintiffs<br>Lukasz Gottwald p/k/a Dr. Luke d/b/a<br>Kasz Money Publishing<br>Martin Karl Sandberg p/k/a Max Martin<br>d/b/a Maratone AB<br>Sheppard Solomon |

1908272.2