CHRISTINE LEPERA, ESQ.
MITCHELL SILBERBERG & KNUPP LLP
12 EAST 49TH STREET, 30TH FLOOR
NEW YORK, NY 10017
ATTORNEY FOR THE PLAINTIFF

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ GOTTWALD p/k/a DR. LUKE d/b/a KASZ MONEY PUBLISHING, MARTIN KARL SANDBERG p/k/a MAX MARTIN d/b/a MARATONE AB, and SHEPPARD SOLOMON<br>    PLAINTIFFS,<br>VS.<br>RANDY MAZICK, NICK TURNER, JORDAN JASON MARINO, and JON STUTLER p/k/a THE ASPHALT, and DOES 1-10<br>    DEFENDANTS, | NO. 08 CIV 6707<br><br><br>CERTIFICATE OF SERVICE |

I declare that I am a citizen of the United States, over the age of eighteen, and not a party to this action. And that within the boundaries of the state where service was affected, I was authorized to perform said service.

On 07/30/2008 I received the following documents:
    a) SUMMONS AND COMPLAINT
    b) CIVIL COVER SHEET
    c)
    d)

Copies of which I personally served as follows:

By personal service upon Randy Mazick at 4:59 pm on 7/31/08 at 3277 Palo Verde Blvd N. in Lake Havasu City, Arizona. Randy Mazick is a married, Caucasian male, Brown hair, Approximately 27 years old, 5'10, and 190 lbs and has tattoos on his left arm.

_____
BRANDON THOMPSON REG. NO. PS0604
Thompson Process Serving
3225 Silver Arrow Dr
Lake Havasu City, Az. 86406
(928)916-9921
Registered: Mohave County, Az. #PS0604
Executed on: July 31st, 2008