# AFFIDAVIT OF SERVICE

State of UNITED STATES D          County of SOUTHERN          New York~ Court

Case Number: 08 CIV 6707

Plaintiff:
**LUKASZ GOTTWALD p/k/a DR. LUKE d/b/a KASZ MONEY
PUBLISHING, MARTIN KARL SANDBERG p/k/a MAX MARTIN d/b/a
MARATONE AB, AND SHEPPARD SOLOMON**
vs.
Defendant:
**RANDY MAZICK, NICK TURNER, JORDAN JASON MARINO AND JON
STUTLER p/k/a THE ASPHALT.**

For:
Bruce Lazarus
LEGAL EASE
139 Fulton St
New York, NY 10038

Received by MHR & ASSOCIATES on the 5th day of August, 2008 at 8:57 am to be served on **JON STUTLER, 208
N 5HT ST, KINGMAN, AZ 86401-5818**.

I, Michael Cobb, being duly sworn, depose and say that on the **5th day of August, 2008** at **1:45 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT FOR
COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL, CIVIL COVER SHEET.** with the date and hour of
service endorsed thereon by me, to: **JON STUTLER** at the address of: **208 N 5HT ST, KINGMAN, AZ 86401-
5818**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

the 8th day of August, 2008Subscribed and Sworn to
before me by the affiant who is personally known to
me.

NOTARY PUBLIC

OFFICIAL SEAL
VANESSA NORTON
Notary Public   State of Arizona
MOHAVE COUNTY
My Comm. Expires June 14, 2011

**Michael Cobb**
PS07-06

**MHR & ASSOCIATES**
**543 East Andy Devine Ave.**
**Kingman, AZ  86401**
**(928) 753-4777**

Our Job Serial Number: 2008000841