# AFFIDAVIT OF SERVICE

State of UNITED STATES D           County of SOUTHERN           New York~ Court

Case Number: 08 CIV 6707

Plaintiff:
LUKASZ GOTTWALD p/k/a DR. LUKE d/b/a KASZ MONEY PUBLISHING, MARTIN KARL SANDBERG p/k/a MAX MARTIN d/b/a MARATONE AB, AND SHEPPARD SOLOMON
vs.
Defendant:
RANDY MAZICK, NICK TURNER, JORDAN JASON MARINO AND JON STUTLER p/k/a THE ASPHALT.

For:
Bruce Lazarus
LEGAL EASE
139 Fulton St
New York, NY 10038

Received by MHR & ASSOCIATES on the 5th day of August, 2008 at 8:54 am to be served on **JORDAN JASON MARINO, 4314 RAFTER B AVE, KINGMAN, AZ 86401**.

I, Michael Cobb, being duly sworn, depose and say that on the **5th day of August, 2008 at 2:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT FOR COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL, CIVIL COVER SHEET.** with the date and hour of service endorsed thereon by me, to: **JORDAN JASON MARINO** at the address of: **2501 STOCKTON HILL RD, KINGMAN, AZ 86401**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVED JASON IN THE PARKING LOT OF TRANSNATION TITLE AT 2501 STOCKTON HILL RD KINGMAN AZ 86401

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

the 8th day of August, 2008 Subscribed and Sworn to before me by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
VANESSA NORTON
Notary Public State of Arizona
MOHAVE COUNTY
My Comm. Expires June 14, 2011

Michael Cobb
PS07-06

MHR & ASSOCIATES
543 East Andy Devine Ave.
Kingman, AZ 86401
(928) 753-4777

Our Job Serial Number: 2008000840