# WROBEL & SCHATZ LLP

PHILIP R. SCHATZ
DAVID C. WROBEL
STEVEN I. FOX

DAVID C. RIMAS
BRETT JOSHPE

ATTORNEYS AT LAW
11TH FLOOR
1040 AVENUE OF THE AMERICAS
NEW YORK, NY 10018-3703

TELEPHONE: (212) 421-8100   FAX: (212) 421-8170
www.wandslaw.com

September 2, 2008

OF COUNSEL
HOWARD S. SUSSMAN
CHRISTOPHER T. LAMAL



By fax to 212-805-6717
The Honorable Richard M. Berman, U.S.D.J. S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re: *Gotwald v. Mazick*, 08-civ-6707

Dear Judge Berman:

**MEMO ENDORSED**
p.2

We are counsel for defendants in the above-captioned action. We are writing with the consent of counsel for plaintiffs to request a brief adjournment (to either Monday September 8 or Tuesday September 9, 2008) of the initial pretrial conference in this case to permit the parties to meet and confer concerning the case management plan and settlement. Due to holiday schedules, we have not been able to discuss these issues.

I have been granted one-time-only leave to send this request by fax. I also apologize for not making this request within 48 hours of the scheduled date – the fault is entirely mine, as I was out of cell phone or email range last week and therefore did not read the email from plaintiff's counsel suggestion a brief adjournment until my return after Labor Day.

Pursuant to your rule 1(E):

(1) the original conference date is tomorrow, September 3, 2008;

(2) There have been no prior requests for adjournment or extension.

(3) Counsel for plaintiff consents to this request.

Very respectfully,

Philip Schatz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

1

**WROBEL & SCHATZ LLP**

Cc:   <u>By email and fax:</u> Christine Lepera, Esq., Mitchell Silberberg & Knupp, LLP
      12 East 49th Street, 30th Floor, New York, NY 10017

> Application granted. Conference adjourned to 9/9/08 at 9:15 a.m.
>
> SO ORDERED:
> Date: 9/2/08
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

2